IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERESA and RUSTY R., individually
and as parents of their minor child,
PATRICK R.,

  JUDGMENT IN A CIVIL CASE

   Plaintiffs,

  Case No. 08-cv-427-bbc

v.

MADISON METROPOLITAN
SCHOOL DISTRICT,

   Defendant.

---

  This action came for consideration before the court with District Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs Teresa and Rusty R. against defendant

Madison Metropolitan School District dismissing plaintiffs' appeal of the

administrative law judge's decision, affirming the administrative law judge's decision

and awarding plaintiffs $11,678.85 in attorney fees and costs.

    *Peter Oppeneer*      5/26/09

  Peter A. Oppeneer, Clerk of Court      Date